**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Imagine Air Jet Services, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  ImagineAir**<br>**DBA  Imagine Air** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-2459285** |

**4.**  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3740 Davinci Court, Suite 420**<br>**Norcross, GA 30092**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Gwinnett**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **Imagineair.com** |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Imagine Air Jet Services, LLC**                                    Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4812__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Imagine Air Jet Services, LLC**                                    Case number (*if known*) _____
        Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

[✔] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[ ] No

[✔] Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

[✔] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

**Where is the property?** _____
                 Number, Street, City, State & ZIP Code

**Is the property insured?**

[✔] No

[ ] Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

█  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

[ ] Funds will be available for distribution to unsecured creditors.

[✔] After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [✔] 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [✔] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [✔] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

---

Debtor   **Imagine Air Jet Services, LLC**
Name                                                                                    Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/20/2018**
MM / DD / YYYY

**X** **/s/ Curtis Brunjes**                                              **Curtis Brunjes**
Signature of authorized representative of debtor                          Printed name

Title    **Authorized Officer**

---

**18. Signature of attorney**

**X** **/s/ J. Robert Williamson**                    Date   **7/20/2018**
Signature of attorney for debtor                             MM / DD / YYYY

**J. Robert Williamson 765214**
Printed name

**Scroggins & Williamson, P.C.**
Firm name

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone    **404-893-3880**          Email address    **centralstation@swlawfirm.com**

**765214 GA**
Bar number and State

---

## WRITTEN CONSENT OF BOARD OF DIRECTORS
## AND ACTION OF SOLE MEMBER

### JULY 17, 2018

The undersigned, being all of the members of the Board of Directors (the "Board") of Imagine Air, Inc., a Delaware corporation (the "Corporation"), the sole member of Imagine Air Jet Services, LLC (the "Company"), do hereby consent to and adopt the following resolutions, which shall have the same force and effect as if taken by affirmative vote at a meeting of the Board duly called and held for the purpose of acting on proposals to adopt such resolutions, and direct that this written consent be filed with the minutes of the proceedings of the Company:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation and the Company, and their creditors, equity holders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7 of title 11, United States Code (the "Code");

**RESOLVED**, that Richard Humphrey and/or Curtis Brunjes or their designee(s) (each, an "Authorized Officer"), are each hereby authorized and empowered on behalf of, and in the name of, the Company, to execute and verify or certify a petition under Chapter 7 of the Code, and all other necessary papers in connection therewith, and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time in such form as such Authorized Officer may approve;

**RESOLVED**, that the firm of Scroggins & Williamson, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as attorneys for the Company in connection with the preparation and commencement of the Company's case under Chapter 7 of the Code, and to pay to Scroggins & Williamson, P.C. reasonable compensation for services rendered in connection with such engagement, in such amount as may be agreed upon between the firm and an Authorized Officer on behalf of the Company; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by an Authorized Officer on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

*Signatures on Following Page*

**IN WITNESS WHEREOF**, the undersigned have executed this consent as of the date first written above.

MEMBERS OF THE BOARD OF DIRECTORS
OF IMAGINE AIR, INC., the sole member of
IMAGINE AIR JET SERVICES, LLC

*Ben Hamilton*
Ben Hamilton (Jul 13, 2018)

*Dennis Hoffman*
Dennis Hoffman (Jul 17, 2018)

*Richard Hahn*

*Hart A. Langer*
Hart A. Langer (Jul 17, 2018)

*Tom DiGrazia*
Tom DiGrazia (Jul 17, 2018)

**Fill in this information to identify the case:**

Debtor name      **Imagine Air Jet Services, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 20, 2018**          X */s/ Richard Humphrey*
_____      _____
                                                   Signature of individual signing on behalf of debtor

                                                   **Richard Humphrey**
                                                   _____
                                                   Printed name

                                                   **Authorized Officer**
                                                   _____
                                                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Imagine Air Jet Services, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **4,163,070.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **4,163,070.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **1,274,950.75**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **74,545.02**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$     **1,662,566.46**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b | $     **3,012,062.23**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Imagine Air Jet Services, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **SunTrust Bank** | **Business Checking** | **1128** | $0.00 |
| 3.2. | **Silicon Valley Bank** | **Business Checking** | **5725** | $0.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Imagine Air Jet Services, LLC**                                    Case number *(if known)* _____
          Name

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** <br> Aircraft Parts | | Unknown | Vendor Estimate | $30,000.00 |

| | |
|---|---|
| **23.  Total of Part 5.** <br> Add lines 19 through 22.  Copy the total to line 84. | $30,000.00 |

**24.  Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Imagine Air Jet Services, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| communication systems equipment and software **Aircraft Simulator** | $10,503.00 | Debtor Estimate | $7,000.00 |
| **Card Printer** | $220.00 | Debtor Estimate | $400.00 |
| **Headsets** | $1,800.00 | Debtor Estimate | $1,800.00 |
| **Maintenance Equipment** | $8,657.00 | Debtor Estimate | $4,800.00 |
| **Telephone System** | $1,233.00 | Debtor Estimate | $600.00 |
| **Computer Equipment** | $11,349.00 | Debtor Estimate | $5,700.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                              **$20,300.00**
        Add lines 39 through 42. Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.
     ■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 49.1.   **Cirrus SR 22 Aircraft; Reg. No. N736SR** | $220,833.00 | Book - Loan Bal. | $69,310.00 |
| 49.2.   **Cirrus SR 22 Aircraft; Reg. No. N1776M** | $205,000.00 | Book - Loan Bal. | $38,577.00 |
| 49.3.   **Cirrus SR 22 Aircraft; Reg. No. N106TQ** | $205,000.00 | Book - Loan Bal. | $4,883.00 |
| 49.4.   **Cirrus SR 22 Aircraft; Reg. No. N101 TQ** | $193,333.00 | | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Debtor    **Imagine Air Jet Services, LLC**                                Case number *(If known)* _____
_____ Name

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                                          | **$112,770.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Office Sublease - 3740 Davinci Court, Norcross, GA 30092** | | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                                          | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Imagine Air Jet Services, LLC**                  Case number *(If known)* _____

Name

| | | | |
|---|---|---|---|
| **Imagine Air Trademark Serial No. 86859980** | $0.00 | | $0.00 |

61.  **Internet domain names and websites**
**Imagineair.com**  ......... $0.00 ......... $0.00

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**
**Customer List**  ......... $0.00 ......... $0.00

64.  **Other intangibles, or intellectual property**
**"Dreams" Web Software Platform, FAA Air
Carrier Certificate (Suspended)**  ......... $0.00 ... **Debtor Estimate** ... $500,000.00

65.  **Goodwill**
**Kavoo; Lynch**  ......... $108,006.00 ... **Debtor Estimate** ... $0.00

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $500,000.00 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Unused Net Operating Losses**  ......... Tax year **2014-2018** ......... $3,500,000.00

73.  **Interests in insurance policies or annuities**

| Debtor | **Imagine Air Jet Services, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| **Federal Insurance Co. D&O Policy No. 8240-5942** | **Unknown** |
|---|---|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Miscellaneous Office Supplies and Items - See Attachment A/B-77** | **$0.00** |

| 78. | **Total of Part 11.** | **$3,500,000.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor    **Imagine Air Jet Services, LLC**_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $112,770.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,163,070.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,163,070.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Attachment A/B-77

## Inventory for Equipment Closet

| Part Name | Quantity | |
|---|---|---|
| Foldable Window Sun Shade | 3 | |
| Cartridge Casing | 1 | |
| Sick Sacks | 100 | |
| LED Flashlight | 8 | |
| Sunyee 36W 4-Port USB Charger | 1 | |
| Regular Port to Lightning Port Adapter | 3 | |
| Right Angle Ipad Charger | 3 | |
| Regular Charger for Ipad | 1 | |
| SD Card for 107TQ | 1 | |
| AUX Chord | 13 | |
| Bose Headset Covers (Used) | 14 | |
| Bose Headset Covers (New) | 20 | |
| Bose Headset Head Rest Pad (Used) | 16 | |
| Bose Headset Bags | 12 | |
| Bose Headset | 1 | |
| Oil Funnels | 40 | |
| Lint Roller | 4 | |
| Life Jackets | 29 | |
| MOCK BLACKBOX | 1 | |
| Scale | 1 | *BROKEN* |
| LightSpeed Headset | 3 | *SELLING* |
| Snack Pack Bags | 8 | |
| Blankets | 9 | |
| Isopropyl Alcohol | 10 | |

## Office Supplies in Closet

| Part Name | Quantity |
|---|---|
| Note Pad | 2 |
| Black Binder | 8 |
| Dividers (Sets) | 4 |
| Book Cover | 1 |
| Binder Pocket | 1 |

## Marketing Items in Closet

| Part Name | Quantity | |
|---|---|---|
| 10x10 Tent | 1 | |
| Large Banner | 1 | |
| Table Mat | 1 | |
| ImagineAir Frisbee | 65 | |
| ImagineAir Coozie | 75 | |
| ImagineAir Micro Fiber | 150 | |
| ImagineAir Cup | 116 | |
| Spinning Prize Wheel | 1 | |
| Old Branding Sunglasses | 50 | *DO NOT USE* |
| ImagineAir Brochures | 200 | |
| Brochure Holders | 4 | |

## Inventory for Pilot Cabinet

| Part Name | Quantity |
|---|---|
| ImagineAir Brochures | 50 |
| Aircraft Flares | 6 |
| Charging Cable Android | 3 |
| Mints | 360 |
| Sun Shades | 10 |
| Protective Gloves | 50 |
| Cleaning Towelettes | 50 |
| Medical Ointment | 100 |
| Band Aids | 250 |
| First Aid Boxes | 10 |
| D-Cell Flashlight | 2 |
| LED Flashlight | 2 |
| Travel John | 18 |
| Notebook Pocket | 4 |
| Grounded Sign | 7 |
| Reinforcement Labels | 900 |
| Mic Tip | 4 |
| AAA Batteries | 24 |
| AA Batteries | 24 |
| D-Cell Batteries | 18 |
| C-Cell Batteries | 4 |
| Breaker Caps | 10 |
| Page Covers | 100 |
| Book Covers | 7 |
| Membership Cards | 100 |
| Safety Info. Cards | 8 |
| Flight Logs | 8 |
| Sirius XM Refresh Instruc. | 10 |
| AF-02 | 5 |
| AF-03 | 3 |
| AF-05 | 17 |
| AF-06 | 15 |
| PR-04S | 14 |
| AF-09 | 16 |
| Post Inpsection Check List | 5 |
| Knee Board Sheets | 50 |
| Checklists | 26 |
| Flight Planning Form G2 | 12 |
| Flight Planning Form G3 | 6 |
| **Total Items:** | **2308** |

**Fill in this information to identify the case:**

Debtor name **Imagine Air Jet Services, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1  Ajax Investments, LLC**
Creditor's Name

**6 Harvest Moon Lane**
**Santa Rosa Beach, FL**
**32459**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Cirrus SR22 Aircraft, Reg. No. N736R**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

**$175,490.91** — **Unknown**

**2.2  AYF LLC**
Creditor's Name

**720 St. Sebastian Way**
**Ste 120**
**Augusta, GA 30901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2007 Cirrus SR22 Aircraft, Serial No. 2633,**
**Reg. No. N106TQ**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$213,437.19** — **Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Imagine Air Jet Services, LLC**                                    Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **RHG Air Holdings, LLC** | | Describe debtor's property that is subject to a lien | $185,172.36 | Unknown |

Creditor's Name

**2311 Lake Park Drive
Albany, GA 31707**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2006 Cirrus SR22 Aircraft, Serial No. 1985,
Reg. No. N101TQ**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Simco Horizon LLC** | | Describe debtor's property that is subject to a lien | $175,850.29 | Unknown |

Creditor's Name

**122 Robbins Beach Road
Killen, AL 35645**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Cirrus SR22 Aircraft, Reg. No. N1776M**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Van Diemans Land Finance
Pty** | | Describe debtor's property that is subject to a lien | $525,000.00 | Unknown |

Creditor's Name

**Level 14, 1 Collins Street
Melbourne VIC, Austrailia
3000**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Substantially All Assets, Subject to Permitted
Liens**

**Describe the lien**
**Blanket Lien**
**Is the creditor an insider or related party?**
■ No

---

Debtor   **Imagine Air Jet Services, LLC**                                    Case number (if know) _____
_____
Name

Creditor's email address, if known          ☐ Yes
_____                             **Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No
_____
                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
_____

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,              ■ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
_____

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,274,950.75 |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael J. Bogenrief**<br>**33 Paradise Point Lane**<br>**Santa Rosa Beach, FL 32459** | Line  2.1 | |
| **Moore Clarke Duvall & Rodgers**<br>**2829 Old Dawson Road**<br>**Albany, GA 31707** | Line  2.3 | |
| **Weinberg Gonser LLP**<br>**Attn: Tye Gonser**<br>**10866 Wilshire Blvd, Ste 1650**<br>**Los Angeles, CA 90024** | Line  2.5 | |

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 3 of 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Imagine Air Jet Services, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.39** | **$0.00** |
|---|---|---|---|---|

**Adam Nance**
**919 Price Mill Rd.**
**Summerfield, NC 27358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** | **$0.00** |
|---|---|---|---|---|

**Adam Nance**
**919 Price Mill Rd**
**Summerfield, NC 27358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Imagine Air Jet Services, LLC**

_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.3** Priority creditor's name and mailing address

**Akshay Pendharkar**
**711 Cosmopolitan Dr**
**Unit 121**
**Atlanta, GA 30324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Alex Teodorescu**
**5001 Sharp Way**
**Duluth, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**Alexander Damon**
**5056 Columbus Ct NE**
**Auburn, GA 30011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,337.50     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

**Amanda Mondella**
**1884 Raintree Ct.**
**Snellville, GA 30078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7.84     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Debtor **Imagine Air Jet Services, LLC**
Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Amanda Mondella**<br>**1884 Raintree Ct**<br>**Snellville, GA 30078** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,117.28** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address<br>**Ashanie Heslop**<br>**255 Waterfall St SW**<br>**Atlanta, GA 30331** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,566.63** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address<br>**Ashley Mentzer**<br>**2 Chickapee Ct**<br>**Newnan, GA 30263** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address<br>**Ben Hamilton**<br>**1257 Druid Knoll Drive NE**<br>**Atlanta, GA 30319** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,750.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor      **Imagine Air Jet Services, LLC**                                    Case number (if known) _____
            Name

| | | |
|---|---|---|
| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

| 2.11 | Priority creditor's name and mailing address<br>**Blake N. Middleton**<br>**12171 Beach Boulevard**<br>**Apt 1111**<br>**Jacksonville, FL 32246** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address<br>**Brian Liu**<br>**2313 Bluff Creek Overlook**<br>**Douglasville, GA 30135** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address<br>**Brian McGann**<br>**1105 Bascomb Farm Drive**<br>**Alpharetta, GA 30009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address<br>**Brian P. Rotante**<br>**115 Falling Water Rd**<br>**Spring Lake, NC 28390** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Bruce Barnhart**
**3482 Brookneal Hwy**
**Gladys, VA 24554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Burton J. Wadas**
**10 MacCann Rd**
**Hudson, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Cary Green**
**5228 River Park Villas Drive**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$950.15** | **$0.00** |
|---|---|---|---|---|

**Chandler Brown**
**1245 Overland Xing**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Imagine Air Jet Services, LLC**                                    Case number (if known) _____
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.19    Priority creditor's name and mailing address

**Charlene Cherner**
**5675 Kennemore Dr**
**Alpharetta, GA 30004**

As of the petition filing date, the claim is:                     $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

2.20    Priority creditor's name and mailing address

**Christopher Richardson**
**2791 Bentley Place**
**Marietta, GA 30067**

As of the petition filing date, the claim is:                     $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

2.21    Priority creditor's name and mailing address

**Corry Lane**
**2156 Stancil Point Dr**
**Dacula, GA 30019**

As of the petition filing date, the claim is:                     $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

2.22    Priority creditor's name and mailing address

**Cory Laitsch**
**1914 Ham Drive**
**Atlanta, GA 30341**

As of the petition filing date, the claim is:                     $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

Debtor   **Imagine Air Jet Services, LLC**                                       Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address **Dave Campbell** **1445 Twin Bridge Lane** **Lawrenceville, GA 30043** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$121.12** **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.24 | Priority creditor's name and mailing address **David Kalinske** **20419 Cheryl Lane** **Santa Clarita, CA 91350** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.25 | Priority creditor's name and mailing address **David Mullins** **909 Evian Lane** **Matthews, NC 28105** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$72.08** **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.26 | Priority creditor's name and mailing address **David Rounds** **12352 Gately Ridge Ct** **Jacksonville, FL 32225** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Imagine Air Jet Services, LLC**
Name

Case number (if known)

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.50 | $0.00 |
|---|---|---|---|---|

**David W. Mullins**
**909 Evian Lane**
**Matthews, NC 28105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Donald M. Wright**
**778 Quail Hollow Ct**
**Elizabethton, TN 37643**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Douglas Philpot**
**4858 McEver View Dr**
**Sugar Hill, GA 30518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Florida Department of Revenue**
**Mark Hamilton, General Counsel**
**PO Box 6668**
**Tallahassee, FL 32314-6668**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    **Imagine Air Jet Services, LLC**                                   Case number (if known)
_____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.28 | $0.00 |
|---|---|---|---|---|

**FRANCHISE TAX BOARD**
**PO Box 942857**
**Sacramento, CA 94257-0531**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Garrett Hogan**
**2152 Willivee Pl**
**Decatur, GA 30033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.33 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Labor**
**148 Andrew Young Int'l Blvd.**
**Atlanta, GA 30303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,051.17 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**1800 Century Boulevard, NE**
**Suite 9100**
**Atlanta, GA 30345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **Imagine Air Jet Services, LLC**                                    Case number (if known)  _____
_____
Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |

**Gerri Courtright**
**902 Callee Dr**
**Loganville, GA 30052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    $0.00

---

| 2.36 | Priority creditor's name and mailing address |

**Gillian Everett**
**2550 Lansing Lane**
**Cumming, GA 30041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**$50.00**    $0.00

---

| 2.37 | Priority creditor's name and mailing address |

**Gillian Everett**
**2550 Lansing Ln**
**Cumming, GA 30041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**$2,708.33**    $0.00

---

| 2.38 | Priority creditor's name and mailing address |

**Gwinnett Cty Tax Commissioner**
**PO Box 372**
**Lawrenceville, GA 30046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**$2,595.51**    $0.00

Debtor    **Imagine Air Jet Services, LLC**                                    Case number *(if known)*
_____          _____
          Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**Harold Dennis
4198 Autumn Hill Dr
Stone Mountain, GA 30083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,381.98 | $0.00 |

**Hart Langer
7820 St Marlo Pkwy
Duluth, GA 30097**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,146.43 | $0.00 |

**Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | | |
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,800.00** | **$0.00** |
| | **Jacob Sangster** | Check all that apply. | | |
| | **66 St Claire Ln NE** | ☐ Contingent | | |
| | **Atlanta, GA 30324** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Jahmar Jackson** | Check all that apply. | | |
| | **5033 Paces Station Dr** | ☐ Contingent | | |
| | **Atlanta, GA 30339** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **James McMurran** | Check all that apply. | | |
| | **1612 Telfair Chase Way** | ☐ Contingent | | |
| | **Lawrenceville, GA 30043** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,971.00** | **$0.00** |
| | **James Merriman** | Check all that apply. | | |
| | **4720 Brandon Acres Ln** | ☐ Contingent | | |
| | **Buford, GA 30519** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Debtor   **Imagine Air Jet Services, LLC**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Jared Gutowski**
**117 Zion Wertsville Rd**
**Montgomery, NJ 08558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Jason Alexcovich**
**4191 Beaver Rd**
**Loganville, GA 30052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Jason Beaver**
**29 Glenmore Dr**
**Kingston, GA 30145**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Jeff Vazzo**
**5000 Glencliff Dr**
**Sugar Hill, GA 30518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Imagine Air Jet Services, LLC**          Case number *(if known)* _____

         Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $0.00 |
|---|---|---|---|---|

**Jess Burns**
**436 Suwanee East Dr.**
**Lawrenceville, GA 30043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Jessica Burns**
**2916 Clairmont Rd**
**Apt 3303**
**Atlanta, GA 30329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | | $900.00 | $0.00 |
|---|---|---|---|---|

**John Hutchinson**
**6603 Sweetwater Point**
**Flowery Branch, GA 30542**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.54 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**John Mark Bowie**
**115 Nobility Ct**
**Roswell, GA 30075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Imagine Air Jet Services, LLC**                              Case number *(if known)* _____
_____
Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|

**John McElroy**
**2551 Olney Falls Dr**
**Braselton, GA 30517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____            _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$254.21** | $0.00 |
|---|---|---|---|---|

**John Pignatelli**
**3719 Clearbrook Way**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____            _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,000.00** | $0.00 |
|---|---|---|---|---|

**John Pignatelli**
**3719 Clearbrook Way**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____            _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|

**John Stauter**
**5105 Green Summers Dr**
**Cumming, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____            _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

Debtor    **Imagine Air Jet Services, LLC**                                Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,575.00** | $0.00 |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.00** | $0.00 |

2.59 | Priority creditor's name and mailing address

**John Terry**
**1919 Sunchase Ct**
**Jacksonville, FL 32246**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,575.00**        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.60 | Priority creditor's name and mailing address

**Joseph Waters**
**5087 Parkview Rd**
**Social Circle, GA 30025**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,971.00**        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.61 | Priority creditor's name and mailing address

**Kaylee A. Dalton**
**3 Hickory Knoll Trail NW**
**Kennesaw, GA 30152**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,467.00**        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.62 | Priority creditor's name and mailing address

**Kaylee Dalton**
**3 Hickory Knoll Trail NW**
**Kennesaw, GA 30152**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$127.29**        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Imagine Air Jet Services, LLC**                                    Case number *(if known)* _____

_____
Name

| | | | |
|---|---|---|---|
| 2.63 | Priority creditor's name and mailing address<br>**Kenneth Hampshire**<br>**22 Water St, #812**<br>**Cambridge, MA 02141** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.64 | Priority creditor's name and mailing address<br>**Kristen Owen**<br>**413 W 5th Ave**<br>**Gastonia, NC 28052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.65 | Priority creditor's name and mailing address<br>**Kyle Parker**<br>**654B Woodford Ln**<br>**Yardley, PA 19067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,216.67**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.66 | Priority creditor's name and mailing address<br>**Kyung Sub Shin**<br>**4898 Cambridge Rd**<br>**Atlanta, GA 30338** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$318.08**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor  **Imagine Air Jet Services, LLC**

Name                                                                    Case number (if known)

| | | |
|---|---|---|
| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Laura Dixon**
**612 Whaley Street**
**Apt 336**
**Columbia, SC 29201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Leah M. Schwartz**
**3719 Clearbrook Way**
**Duluth, GA 30097**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.20    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Louis Laurie**
**877 Patriot Drive**
**Yardley, PA 19067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Lynda Jo Norred**
**160 Pace Rd**
**Hiram, GA 30141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Imagine Air Jet Services, LLC**
Name                                                          Case number *(if known)*

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mark Boundy**
**12375 Gatelyridge Ct**
**Jacksonville, FL 32225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Marsha Conner**
**1309 Park Hill Dr**
**Gainesville, GA 30501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $0.00 |
|---|---|---|---|---|

**Matthew Simpson**
**525 Twin Lakes Ct**
**Fairburn, GA 30213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Melisa Foures**
**5667 Stigall Rd**
**Kernersville, NC 27284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Imagine Air Jet Services, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.98 | $0.00 |
|---|---|---|---|---|

**Michael K. Mendez**
**2600 Milscott Dr**
**Decatur, GA 30033**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Morris Wiener**
**306 Pleasant Drive**
**Cherry Hill, NJ 08003**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,758.34 | $0.00 |
|---|---|---|---|---|

**Nestor Fernando Montes Franco**
**998 Wildwood Rd**
**Atlanta, GA 30306**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.58 | $0.00 |
|---|---|---|---|---|

**New Jersey Dept of Labor**
**Div. of Employer Accounts**
**PO Box 910**
**Trenton, NJ 08625-0910**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.52 | $0.00 |
|---|---|---|---|---|

**New Jersey Div. of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.25 | $0.00 |
|---|---|---|---|---|

**North Carolina Dept of Labor**
**1101 Mail Service Center**
**Raleigh, NC 27699-1101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Dept of Revenue**
**PO Box 25000**
**Raleigh, NC 27640-0500**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Dept of Revenue**
**PO Box 871**
**Raleigh, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Imagine Air Jet Services, LLC**
Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

---

| 2.83 | Priority creditor's name and mailing address<br>**Olav Ommedal**<br>**1909 S Milledge Ave, #7**<br>**Athens, GA 30605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address<br>**Paige Thompson**<br>**740 Sidney Marcus Blvd**<br>**Atlanta, GA 30324** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address<br>**Patrick Pagano**<br>**365 Citadella Ct**<br>**Alpharetta, GA 30022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address<br>**Paul D'Auria**<br>**17 Monfort Dr**<br>**Hillsborough, NJ 08844** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,207.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Imagine Air Jet Services, LLC**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$1,038.38** **$0.00** |

**Pratikkumar Patel**
**3752 Westchase Dr**
**Marietta, GA 30066**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.88 | Priority creditor's name and mailing address | **$1,312.00** **$0.00** |

**Quincy Graham**
**3312 Druid Hills Reserve Dr NE**
**Atlanta, GA 30329**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.89 | Priority creditor's name and mailing address | **$0.00** **$0.00** |

**Raja Mukherjee**
**5032 Fox Forest Circle SW**
**Lilburn, GA 30047**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.90 | Priority creditor's name and mailing address | **$0.00** **$0.00** |

**Reagan Gossett**
**4700 Abbott Ave**
**Apt 5**
**Dallas, TX 75205**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Imagine Air Jet Services, LLC**                                      Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

2.91 Priority creditor's name and mailing address

**Rebecca Grant**
**3071 Lakecrest Dr**
**Dacula, GA 30019**

As of the petition filing date, the claim is: **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____    _____

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                            ☐ Yes

---

2.92 Priority creditor's name and mailing address

**Richard Buice**
**1655 Longleaf Trail**
**Cumming, GA 30041**

As of the petition filing date, the claim is: **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____    _____

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                            ☐ Yes

---

2.93 Priority creditor's name and mailing address

**Richard Humphrey**
**250 Mercer St, D1203**
**New York, NY 10012**

As of the petition filing date, the claim is: **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____    _____

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                            ☐ Yes

---

2.94 Priority creditor's name and mailing address

**ROBERT HINKLE**
**PO Box 2159**
**Purcellville, VA 20134**

As of the petition filing date, the claim is: **$4,000.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____    _____

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                            ☐ Yes

Debtor   **Imagine Air Jet Services, LLC**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| | |
|---|---|
| 2.95 **Robert Hinkle**<br>**5415 Azure Way**<br>**Sarasota, FL 34242** | As of the petition filing date, the claim is: **$0.00**  **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.96 **Robert Paul Stuntz**<br>**9138 Cinderhill Cv E**<br>**Cordova, TN 38016** | As of the petition filing date, the claim is: **$0.00**  **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.97 **Robert Scaife**<br>**2341 Briarwood Hills Dr NE**<br>**Atlanta, GA 30319** | As of the petition filing date, the claim is: **$273.00**  **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.98 **Robert Skipworth**<br>**3379 Aztec Rd**<br>**Apt 05A**<br>**Doraville, GA 30340** | As of the petition filing date, the claim is: **$2,325.00**  **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $0.00 |
|---|---|---|---|---|

**Robin M. Eckhardt**
**1467 Wesley Dr**
**Griffin, GA 30224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rogerio Teixeira**
**1100 Palisade Ave**
**Fort Lee, NJ 07024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Roland Monette**
**3116 Swan Creek Rd**
**Jonesville, NC 28642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,875.00 | $0.00 |
|---|---|---|---|---|

**Russell Sweet**
**7738 Leesburg Dr S**
**Jacksonville, FL 32277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Imagine Air Jet Services, LLC**                                        Case number (if known) _____

Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ryan Rodd**
**5191 Tormell Trace**
**Suwanee, GA 30024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Samuel Collins**
**1132 Pecan Grove Pl**
**Lawrenceville, GA 30046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Scott Davidson**
**14411 Laurel Lane**
**Moorpark, CA 93021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Scott Smith**
**2858 Kingsland Ct SE**
**Atlanta, GA 30339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Imagine Air Jet Services, LLC**                                    Case number (if known) _____
_____
Name

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$450.00** | **$0.00** |
|---|---|---|---|---|

2.107 Priority creditor's name and mailing address

**Stanley Walker**
**2761 Grey Moss Pass**
**Duluth, GA 30097**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$450.00**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.108 Priority creditor's name and mailing address

**Stephen Barbetti**
**99 South St**
**Manasquan, NJ 08736**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.109 Priority creditor's name and mailing address

**Stephen Roach**
**PO Box 366**
**Young Harris, GA 30582**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$350.00**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.110 Priority creditor's name and mailing address

**Stephen Wessel**
**1545 Holt Rd**
**Perry, FL 32348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Imagine Air Jet Services, LLC**                                 Case number (if known)
_____
Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Susan deCastro**
**2 Chamberlain Ct**
**Westborough, MA 01581**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Thomas Zerbarini**
**120 Magnolia Walk Ln**
**Atlanta, GA 30349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wendy Sheats**
**1517 Rock Cut Rd**
**Conley, GA 30288**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $0.00 |
|---|---|---|---|---|

**William Arledge**
**2925 Bankshill Row NE**
**Brookhaven, GA 30319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**William R. Mitchell**
**1234 Salt Creek Island Dr**
**Ponte Vedra Beach, FL 32082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**418SR, LLC**
**59 Rickert Dr**
**Yardley, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274.14 |
|---|---|---|---|

**ADP, Inc.**
**PO Box 842854**
**Boston, MA 02284-2854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|---|---|---|---|

**Aerographs Media**
**4778 Darlene Way**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.48 |
|---|---|---|---|

**AFLAC**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.85 |
|---|---|---|---|

**Aircraft General Supply**
**1840 St. Johns Bluff Rd. South**
**Jacksonville, FL 32246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,240.75** |
|---|---|---|---|
| | **Aircraft Specialists Jet Ctr.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **500 Briscoe Blvd** | ☐ Disputed | |
| | **Lawrenceville, GA 30046** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$127.50** |
|---|---|---|---|
| | **Airport Teterboro** | ☐ Contingent | |
| | **Port Authority of New York & New Jersey** | ☐ Unliquidated | |
| | **PO Box 95000** | ☐ Disputed | |
| | **Philadelphia, PA 19195-1523** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$602.00** |
|---|---|---|---|
| | **Alere eScreen** | ☐ Contingent | |
| | **PO Box 654092** | ☐ Unliquidated | |
| | **Dalls, TX 75265-4092** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Allan Koglmeier** | ☐ Contingent | |
| | **3 Casco Terrace** | ☐ Unliquidated | |
| | **Falmouth, ME 04105** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,500.00** |
|---|---|---|---|
| | **Alliance Architecture** | ☐ Contingent | |
| | **204 Rigsbee Avenue** | ☐ Unliquidated | |
| | **Durham, NC 27701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$545.05** |
|---|---|---|---|
| | **Analysts, Inc** | ☐ Contingent | |
| | **PO Box 2955** | ☐ Unliquidated | |
| | **Torrance, CA 90509-2955** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$114.49** |
|---|---|---|---|
| | **Assure Alliance Inc.** | ☐ Contingent | |
| | **PO Box 1713** | ☐ Unliquidated | |
| | **Spartanburg, SC 29304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,939.30** |
|---|---|---|---|

**Assure Alliance Inc.**
PO Box 1713
Spartanburg, SC 29304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,502.06** |
|---|---|---|---|

**Avenger Aerospace Solutions**
103 N. Main Street
Suite 106
Greenville, SC 29601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,900.17** |
|---|---|---|---|

**Baker Sales Inc**
250 Interstate Blvd
Greenville, SC 29615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,422.28** |
|---|---|---|---|

**Belinda Kielland**
97 Glover Street
Sag Harbor, NY 11963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,904.50** |
|---|---|---|---|

**Biscuitville Inc.**
1414 Yanceyville Street
Suite 300
Greensboro, NC 27405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,686.36** |
|---|---|---|---|

**Blake Bookstaff**
5201 Kingston Pike
Suite 6325
Knoxville, TN 37919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,520.80** |
|---|---|---|---|

**Bob Burgner**
12 White Cliffs Crest
Santa Rosa Beach, FL 32459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Brandon Shivley**
**1325 Bouldin Rd.**
**Ridgeway, VA 24148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,949.53** |
|---|---|---|---|

**C. Austin Buck**
**P.O. Box 533**
**Bernardsville, NJ 07924**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Candlewood Inc.**
**4000 HIGH MOUNTAIN RD. NE**
**Huntsville, AL 35811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,735.76** |
|---|---|---|---|

**Cannon Roofing**
**P O Box 3030**
**Spartanburg, SC 29304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,438.85** |
|---|---|---|---|

**Carol Strickland & Charles Weber**
**PO Box 3539**
**Ponte Vedra, FL 32004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,085.05** |
|---|---|---|---|

**Chad Sorrell**
**3070 Rocky Springs Rd**
**PINEY FLATS, TN 37686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,186.60** |
|---|---|---|---|

**Cirrus Design Corp**
**4515 Taylor Circle**
**Duluth, MN 55811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,712.50**

**CirrusN418SR, Inc.**
**c/o Ronald H White**
**59 Rickert Dr.**
**Yardley, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,199.10**

**Clark Howard**
**1631 West Paces Ferry Rd**
**Atlanta, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.62**

**Coca Cola GSO Online Payment**
**PO Box 743273**
**Atlanta, GA 30374-3273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$307.43**

**Coca-Cola United**
**PO Box 105637**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$431.90**

**Comcast**
**PO Box 530098**
**Atlanta, GA 30353-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.54**

**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,158.85**

**Conti Group**
**2045 Lincoln Highway**
**Edison, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,362.40** |
|---|---|---|---|

**Corporate Aircraft Maintenance**
**855-5 St. Johns Bluff Road N**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,599.62** |
|---|---|---|---|

**CorrectHealth**
**3384 Peachtree Road,NE**
**Suite 700**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.10** |
|---|---|---|---|

**Crystal Springs Water Co.**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,225.61** |
|---|---|---|---|

**David Kossove**
**1145 Crestbrook Drive**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,957.80** |
|---|---|---|---|

**David Kossove**
**1145 Crestbrook Drive**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,051.56** |
|---|---|---|---|

**David Lazarus**
**106 E 85th Street**
**New York City, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,251.36** |
|---|---|---|---|

**delaPlex**
**The Park Central Building**
**2970 Clairmont Road, Suite 130**
**Atlanta, GA 30329**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$825.00** |
|---|---|---|---|

**Delaware Corp Organizers**
**PO Box 1347**
**Wilmington, DE 19899-1347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74.32** |
|---|---|---|---|

**Delta Dental Insurance Co**
**Attn: Accounts Receivable**
**PO Box 7564**
**San Francisco, CA 94120-7564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117,035.00** |
|---|---|---|---|

**Dennis Hoffman**
**800 Carroll Pkwy**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/28/2018**

Basis for the claim: **Loan to Company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00** |
|---|---|---|---|

**DKO Investments**
**1074 SE Christie Place**
**Grants Pass, OR 97526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,973.60** |
|---|---|---|---|

**DLK Aviation, Inc**
**2601 Cessna Lane**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,008.61** |
|---|---|---|---|

**Dollar Concrete**
**2736 Eudora Trail**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Don Vellek**
**637 Allen Ct.,NW**
**Atlanta, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Imagine Air Jet Services, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,017.90 |
|---|---|---|---|
| | **Doug Terreson**<br>**18042 Woodland Drive**<br>**Fairhope, AL 36564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,459.11 |
|---|---|---|---|
| | **Douglas Duncan Aviation**<br>**2435 E. Norht St.**<br>**#253**<br>**Greenville, SC 29615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,366.90 |
|---|---|---|---|
| | **Dr. James Robertson**<br>**11 Wakefield Dr**<br>**Apt 2213**<br>**Asheville, NC 28803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,439.60 |
|---|---|---|---|
| | **Dr. Ondrej Choutka**<br>**211 Private Road 252**<br>**Chesapeake, OH 45619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,437.67 |
|---|---|---|---|
| | **Dr. Rodney Young**<br>**1587 Headquarters Plantation Dr**<br>**Johns Island, SC 29455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,608.02 |
|---|---|---|---|
| | **Eastside Partners**<br>**207 Eastside Square**<br>**Huntsville, AL 35801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,172.81 |
|---|---|---|---|
| | **Eduardo Acosta**<br>**60 Tadmuck Rd.**<br>**Westford, MA 01886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,746.65** |
|---|---|---|---|

**Edward Mitchell**
**299 Glencastle Dr**
**Atlanta, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,119.13** |
|---|---|---|---|

**Edward Yoon**
**21 Marlborough Street**
**#2**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,669.29** |
|---|---|---|---|

**Elizabeth Hopkins**
**2248 Cumming Rd**
**Augusta, GA 30904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,366.16** |
|---|---|---|---|

**ESI-ATL**
**6230 Regency Parkway Northwest**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Essex Cty Improvement Auth.**
**Essex County Airport**
**27 Wright Way**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$671.95** |
|---|---|---|---|

**Executive HeliJet**
**3301 Mustang Street**
**Hangar 352**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,252.05** |
|---|---|---|---|

**Fleet Street 1234 LLC**
**OCS Builders Group NY, LLC**
**420 Westbury Avenue**
**Carle Place, NY 11514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,450.35 |
|---|---|---|---|

**FM Stainless**
**110 Huntington Road**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,359.76 |
|---|---|---|---|

**ForeFlight, LLC**
**2323 S Shepherd Dr**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,872.55 |
|---|---|---|---|

**Frank Kenan**
**113 Ashley Avenue**
**Charleston, SC 29401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,324.61 |
|---|---|---|---|

**Generation Companies**
**P.O.Drawer 14848**
**Research Triangle Park**
**Raleigh, NC 27709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Glassdoor**
**100 Shoreline Highway**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,323.69 |
|---|---|---|---|

**GMC Inc.**
**P O Box 242128**
**Montgomery, AL 36124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**GMC Inc.**
**P O Box 242128**
**Montgomery, AL 36124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,970.00 |
|---|---|---|---|

**GMD Properties, LLC**
**dba Aircraft Specialists Jet**
**500 Briscoe Blvd**
**Lawrenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,312.30 |
|---|---|---|---|

**Gordon Josey**
**9235 Huntersville Road**
**Marlinton, WV 24954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $810.83 |
|---|---|---|---|

**Greg Sanchez**
**1701 Chester Rd**
**Raleigh, Nc 27608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $166.62 |
|---|---|---|---|

**Gretchen Scott LLC**
**216 Washington St**
**Mount Vernon, NY 10553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,180.03 |
|---|---|---|---|

**Gwinnett Aero Maintenance, LLC**
**850 Airport Road**
**Box 7**
**Lawrenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hawk Air, LLC**
**6 Harvest Moon Lane**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $169.65 |
|---|---|---|---|

**Henk Evers**
**115 St Lenords Ct**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,687.23 |
|---|---|---|---|

**Henk Evers**
**115 St Lenords Ct**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.29 |
|---|---|---|---|

**Holland Ware**
**1415 Promontory Rd**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,769.60 |
|---|---|---|---|

**Hugh and Wendy Durden**
**414 Ponte Vedra Blvd**
**Ponte Vedra, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,985.76 |
|---|---|---|---|

**Imagine Air Holdings**
**764 Eagleton Dr.**
**Martinez, GA 30907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,558.45 |
|---|---|---|---|

**Infinite Response Inc**
**111 W Cooperative Way**
**Suite 250**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,097.21 |
|---|---|---|---|

**Infinity Flight Group LLC**
**10 West Piper Ave.**
**Trenton, NJ 08628**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,847.59 |
|---|---|---|---|

**J. Fleming Norvell**
**2560 Walton Way**
**Augusta, GA 30904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $768.29 |
|---|---|---|---|

**Jason Strauss**
**569 Brookwood Village**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $999.90 |
|---|---|---|---|

**JaxJets, Inc.**
**855-5 St Johns Bluff Rd, N.**
**Executive Hangar 1**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,807.96 |
|---|---|---|---|

**JEMA**
**3501 Clay Street**
**San Francisco, Ca 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,496.00 |
|---|---|---|---|

**Jeppesen**
**PO Box 840864**
**Dallas, TX 75284-0864**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,179.11 |
|---|---|---|---|

**Jet East Corporate Aviation**
**18 West Piper Ave**
**Trenton, NJ 08628**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,064.99 |
|---|---|---|---|

**Joe McNeel**
**P.O. Box 290**
**Montrose, AL 36559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $770.96 |
|---|---|---|---|

**Joe Wilen**
**P.O. Box 20418**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**John Hendy**
**9 Holly Mews**
**Berkeley Heights, NJ 07922**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,303.63 |
|---|---|---|---|

**John Heyman**
**3925 Brookside Parkway**
**Alpharetta, GA 30022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,722.73 |
|---|---|---|---|

**John McCormack**
**330 Madison Ave**
**27th Floor**
**New York City, NY 10017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $999.72 |
|---|---|---|---|

**John Rood**
**3030 Hartley Road**
**Suite 310**
**Jacksonville, FL 32257**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,012.53 |
|---|---|---|---|

**John Snodgrass**
**3074 Slaton Dr**
**Atlanta, GA 30305**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,298.76 |
|---|---|---|---|

**John Teller**
**1198 SW 104th Street Rd**
**Ocala, FL 34476**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,201.50 |
|---|---|---|---|

**Justin Cumby**
**165 West Broad St**
**Cookeville, TN 38501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,748.06 |
|---|---|---|---|

**Katherine Downs**
**738 Cobb St**
**Athens, GA 30606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.32 |
|---|---|---|---|

**Kirk Morgan**
**168 Belle Chase Dr**
**Lexington, SC 29072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Kirk Morgan**
**168 Belle Chase Dr**
**Lexington, SC 29072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,520.00 |
|---|---|---|---|

**Laberee Law PC**
**1371 Stokes Road**
**Unit B**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,111.70 |
|---|---|---|---|

**Laird Lile**
**3033 Riviera Dr**
**#104**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,982.35 |
|---|---|---|---|

**Layer 3 Communications**
**1670 Oakbrook Dr**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,367.12 |
|---|---|---|---|

**Lisbeth Ash**
**103 Juniper Court**
**Dothan, AL 36305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.50 |
|---|---|---|---|
| | **Lloyd Clark**<br>**5036 Wittering Drive**<br>**Columbia, SC 29206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,043.33 |
|---|---|---|---|
| | **Mark Williford**<br>**3420 Landor Rd.**<br>**Raleigh, NC 27609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,558.23 |
|---|---|---|---|
| | **Matthew Alexander**<br>**1027 S Main Street**<br>**Unit 103**<br>**Greenville, SC 29601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,610.25 |
|---|---|---|---|
| | **MAU**<br>**501 Greene Street**<br>**Augusta, GA 30901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MCE Aviation**<br>**3740 Davinci Ct**<br>**Norcross, GA 30092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,807.70 |
|---|---|---|---|
| | **MCE Aviation LLC**<br>**12059 South Majestic Pine Way**<br>**Parker, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,767.98 |
|---|---|---|---|
| | **Melissa Dickens**<br>**905 Hurleston Lane**<br>**Alpharetta, GA 30022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,293.86 |
|---|---|---|---|

**Michael Green**
**31 Boulder Cv**
**Fairview, NC 28730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Michael Nathan**
**2367 Club Lake Drive**
**Orange Park, FL 32065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Moore Impact**
**23 Springvale Road**
**Croton-On-Hudson, NY 10520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,166.30 |
|---|---|---|---|

**Morgan (Randy) Pirkle**
**600 Galleria Parkway**
**Suite 1650**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,147.64 |
|---|---|---|---|

**Multi Service Aviation**
**PO Box 410435**
**Kansas City, MO 64141-0435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**N6A**
**775 Scarsdale Rd.**
**Suite 6**
**Tuckahoe, NY 10707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,007.17 |
|---|---|---|---|

**Northpoint Chevrolet, LLC**
**c/o AutoNation**
**200 SW 1st Avenue, Suite 1400**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.50** |
|---|---|---|---|

**NY State DOT**
**7150 Republic Airport**
**Room 216**
**Farmingdale, NY 11735-3930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$358.20** |
|---|---|---|---|

**Occuscreen, LLC**
**805 Broadway**
**Suite 215**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$481.21** |
|---|---|---|---|

**Perimeter Office Products**
**PO Box 957569**
**Duluth, GA 30095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,412.95** |
|---|---|---|---|

**Phil Handler**
**2929 Bakers Farm Rd SE**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42.40** |
|---|---|---|---|

**Pitney Bowes**
**Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Port Authority of NY&NJ**
**Stewart Int'l Airport**
**PO Box 95000-1517**
**Philadelphia, PA 19195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,302.95** |
|---|---|---|---|

**Prestwick Development**
**3715 Northside Pkwy, NW.**
**Bldg 200, Ste 175**
**Atlanta, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**PSA Airlines**
**3400 Terminal Drive**
**Vandalia, OH 45377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

**Quality Aircraft Accessories**
**5746 E Apache St.**
**Tulsa, OK 74115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$379.45**

**Raiford Trask Jr**
**1202 Eastwood Rd.**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,101.26**

**Reeves Construction Co.**
**250 Plemmons Road**
**Duncan, SC 29334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,814.51**

**Resurgent Capital**
**337 Riverside Dr.**
**Greenville, SC 29605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,200.00**

**Richard Humphrey**
**250 Mercer St, D1203**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2018

Basis for the claim:  Loan to Company

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**Right Side Up Advisors LLC**
**3225 Collier Gate Court**
**Smyrna, GA 30080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,836.50** |
|---|---|---|---|

**Rob Clarfeld**
**53 Rosehill Ave**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,053.24** |
|---|---|---|---|

**Robert (Bob) Davis**
**950 U.S. 98**
**#6091**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,850.00** |
|---|---|---|---|

**Robert Finnell**
**P.O. Box 63**
**Rome, GA 30162-0063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,012.00** |
|---|---|---|---|

**Robert Kerrigan**
**400 East Government St**
**Pensacola, FL 32502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,399.11** |
|---|---|---|---|

**Robert Reddinger**
**25 Crestridge Drive**
**Suite 200**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,347.70** |
|---|---|---|---|

**Rosalie Draper**
**Town Center Residential**
**#2401**
**VIRGINIA BEACH, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226.63** |
|---|---|---|---|

**Royall Brown Jr.**
**290 Charlois Blvd.**
**Winston Salem, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,771.49** |
|---|---|---|---|

**Sales Edge of Virginia**
**100 West Main Street**
**Wytheville, VA 24382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,893.51** |
|---|---|---|---|

**Sales Edge of Virginia**
**100 West Main Street**
**Wytheville, VA 24382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,963.50** |
|---|---|---|---|

**Sam Gottlieb**
**683 Olde Salt Run**
**Mount Plesant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Schofield Aircraft Lease**
**42 Air Park Drive**
**East Falmouth, MA 02536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,955.00** |
|---|---|---|---|

**Schofield Aircraft Leasing**
**11053 Harbour Yacht Ct.**
**#201**
**Fort Meyers, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,543.83** |
|---|---|---|---|

**Scott Taylor**
**171 17th St.**
**Suite 1200**
**Atlanta, GA 30363**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,117.91** |
|---|---|---|---|

**Sensenich Propeller**
**1245 Palmour Place**
**Suite A**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,772.26** |
|---|---|---|---|

**Shiver Hamilton**
**3340 Peachtree Road**
**Suite 950**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,422.00** |
|---|---|---|---|

**Signature Engines**
**4760 Airport Road**
**Cincinnati, OH 45226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.75** |
|---|---|---|---|

**Signature Flight Support - GSO**
**PO Box 2278**
**Carol Stream, IL 60132-2278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,389.91** |
|---|---|---|---|

**Signature Flight-Charlottesville**
**Signature Flight Support**
**100 Aviation Drive, Ste 100**
**Charlottesville, VA 22911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$778.96** |
|---|---|---|---|

**Signature TECHNICAir - FDK**
**330 Aviation Way**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96.30** |
|---|---|---|---|

**Sky Harbor Aviation**
**855-5 St Johns Bluff Road**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|

**Skystandards, LLC**
**15 S Stellar Parkway**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Imagine Air Jet Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,325.00 |
|---|---|---|---|

**Skywater Detailers LLC**
**191 Double Springs Rd**
**Monroe, GA 30656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Southland Air Holdings LLC**
**2311 Lake Park Dr**
**Albany, GA 31707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.97 |
|---|---|---|---|

**Spectrum Business**
**PO Box 742615**
**Cincinnati, OH 45274-2615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,774.25 |
|---|---|---|---|

**Steven Dominique**
**408 kelly plantation dr**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,355.55 |
|---|---|---|---|

**Sullivan Group**
**3808 Old Leeds Rd**
**Birmingham, AL 35213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,390.00 |
|---|---|---|---|

**SunTrust Bank**
**PO Box 79282**
**Baltimore, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2017 - 7/1/2017

Basis for the claim:  Credit Card

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,196.70 |
|---|---|---|---|

**Surgicor**
**1618 Championship blvd**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $811.00 |
|---|---|---|---|

**Technical Maintenance, Inc**
PO Box 2559
Tarpon Springs, FL 34688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,814.15 |
|---|---|---|---|

**Terreck Holdings LLC**
480 E Broad St
#116
Athens, GA 30601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.14 |
|---|---|---|---|

**Terry Ormand**
200 Harrington Ln
Lawrenceville, GA 30046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.40 |
|---|---|---|---|

**The Plane Station, Inc.**
1008 Airport Road
Thomasville, GA 31757-2249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,164.94 |
|---|---|---|---|

**Thomas McNamara**
656 Lake Mills Rd
Oviedo, FL 32766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,166.10 |
|---|---|---|---|

**Tom Brandvold**
8508 Heather Run Drive N
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,905.00 |
|---|---|---|---|

**Tom DiGrazia**
202 Alexander Avenue
Redwood City, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/26/2018

Basis for the claim:  Loan to Company

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Imagine Air Jet Services, LLC**

Name

Case number *(if known)*

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,393.88 |
|---|---|---|---|

**Tom Donovan**
**9446 Beauclerc Oaks Dr.**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Universal Flight Services, LLC.**
**90 Village Green Circle SE**
**Smyrna, GA 30080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**US Premium Finance**
**280 Technology Parkway**
**Suite 200**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Vector - East Hampton Airport**
**PO Box 759320**
**Baltimore, MD 21275-9320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.80 |
|---|---|---|---|

**Vector - Long Island MacArthur**
**Airport**
**PO Box 787061**
**Philadelphia, PA 19178-7061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.54 |
|---|---|---|---|

**Vector - Sikorsky Airport**
**PO Box 8500**
**Philadelphia, PA 19178-7061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**Vector-MASSPORT**
**PO Box 786231**
**Philadelphia, PA 19178-6231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Imagine Air Jet Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $274.47 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Veyo Partners, LLC**
**32 West 39th Street**
**4th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,858.12 |
|---|---|---|---|

**Virginia A Swift**
**1440 Swift Lane**
**Midway, AL 36053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,739.85 |
|---|---|---|---|

**Wadsten Group**
**4605-C Oleander Drive**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,949.94 |
|---|---|---|---|

**Wayne Martin**
**17901 Station Road**
**Centerville, PA 16404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,700.30 |
|---|---|---|---|

**Wick Townsend**
**2265 Calvert St**
**VIRGINIA BEACH, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65,515.54 |
|---|---|---|---|

**World Fuel Services, INC**
**2458 Paysphere Circle**
**Chicago, IL 60674-0024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Imagine Air Jet Services, LLC**                                    Case number (if known) _____
                          Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DKO Investments**<br>**1309 SE Blue Bird Dr**<br>**Grants Pass, OR 97526** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 74,545.02 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,662,566.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,737,111.48 |

**Fill in this information to identify the case:**

Debtor name      **Imagine Air Jet Services, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Aircraft N418SR (Not Current, Owner Has Taken Possession)** | |
| State the term remaining | **3/31/2019** | **418SR, LLC 59 Rickert Dr Yardley, PA 19067** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Aircraft N187SR (Owner Has Declared In Default)** | |
| State the term remaining | **10/31/2021 Or 2000 Hours of Elapsed Time In Service, Whichever Comes First** | **DKO Investments 1309 SE Blue Bird Drive Grants Pass, OR 97526** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Aircraft N709FA (Not Current, Owner Has Taken Possession)** | |
| State the term remaining | **8/31/2020** | **Fleet Street 1234 LLC 420 Westbury Ave Carle Place, NY 11514** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Aircraft N194CM (Lease Payments Not Current)** | |
| State the term remaining | **3/31/2022 Or 4000 Hours of Elapsed Time In Service, Whichever Comes First** | **MCE Aviation, Inc. 12059 S Majestic Pine Way Parker, CO 80134** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor 1   **Imagine Air Jet Services, LLC**                                         Case number *(if known)*
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office Sublease - 3740 Davinci Court, Suite 420, Norcross, GA 30092 (Not Current, Debtor Currently Has Access) Expires 8/30/2020** | |
|---|---|---|---|
| | State the term remaining | | **Northpoint Chevrolet c/o AutoNation, Inc. 200 SW 1st Ave, 14th Floor Fort Lauderdale, FL 33301** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft N709JR (Owner Has Indicated He Will Take Possession - Lease Payments Not Current) 8/31/2021 Or 2000 Hours of Elapsed Time In Service, Whichever Comes First** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Robert Hinkle PO Box 2159 Purcellville, VA 20134** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft N845RB (Not Current, Owner Has Taken Possession)** | |
|---|---|---|---|
| | State the term remaining | **60 Day Notice, Either Party** | **Schofield Aircraft Leasing 11053 Harbour Ct, #201 Fort Myers, FL 33908** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Aircraft N107TQ (Not Current, Owner Has Taken Possession)** | |
|---|---|---|---|
| | State the term remaining | **11/30/2018** | **Southland Air Holdings LLC 2311 Lake Park Dr Albany, GA 31707** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Imagine Air Jet Services, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Imagine Air, Inc.** | **3740 Davinci Court Suite 420 Norcross, GA 30092** | **Van Diemans Land Finance Pty** | ☑ D   __2.5__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Imagine Air Jet Services, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $993,304.00 |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | $2,830,544.00 |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | $2,971,335.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Imagine Air Jet Services, LLC**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **SunTrust Bank**<br>**PO Box 79282**<br>**Baltimore, MD 21279** | 4/17/2018,<br>4/19/2018,<br>4/20/2018,<br>/23/2018,<br>4/30/2018,<br>5/2/2018,<br>5/3/2018,<br>5/7/2018,<br>5/10/2018 | $40,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Aircraft Specialists Jet Ctr.**<br>**500 Briscoe Blvd**<br>**Lawrenceville, GA 30046** | 4/23/2018,<br>5/2/2018 | $10,144.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.3.  **Ajax Investments, LLC**<br>**6 Harvest Moon Lane**<br>**Santa Rosa Beach, FL 32459** | 5/2/2018,<br>5/3/2018 | $6,374.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **delaPlex**<br>**The Park Central Building**<br>**2970 Clairmont Road, Suite 130**<br>**Atlanta, GA 30329** | 4/18/2018 | $12,159.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Signature Engines**<br>**4760 Airport Road**<br>**Cincinnati, OH 45226** | 5/1/2018 | $37,787.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6.  **US Premium Finance**<br>**280 Technology Parkway**<br>**Suite 200**<br>**Norcross, GA 30092** | 5/2/2018 | $9,160.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Veyo Partners, LLC**<br>**32 West 39th Street**<br>**4th Floor**<br>**New York, NY 10018** | 4/24/2018 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor    **Imagine Air Jet Services, LLC**        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8.  **World Fuel Services, Inc.** **2458 Paysphere Circle** **Chicago, IL 60674** | **5/7/2018** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ajax Investments, LLC** **c/o Michael Bogenreif** **6 Harvest Moon Lane** **Santa Rosa Beach, FL 32459** | **Aircraft N736RS** | | **$221,000.00** |
| **Van Diemans Land Finance Pty** **Level 14** **1 Collins Street** **Melbourne, Australia** **VIC 3000** | **Aircraft 1016TQ** | | **$194,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **Imagine Air Jet Services, LLC**                    Case number *(if known)* _____

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Scroggins & Williamson, PC**<br>**4401 Northside Parkway**<br>**Suite 450**<br>**Atlanta, GA 30327** | | **6/15/2018,**<br>**6/29/2018** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**$5,000 R. Humphrey; $15,000 D.**<br>**Hoffman** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **Imagine Air Jet Services, LLC**                                Case number *(if known)*

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Richard Humphrey** | **Sale of PC, Printer and Accessories** | **6/17/2018** | **$2,860.00** |
| | Relationship to debtor | | | |
| 13.2. | **Various Buyers** | **Sales of Headsets, Jacks and<br>Miscellenous Items** | **7/2018** | **$7,512.00** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **460 Briscoe Blvd<br>Suite 210<br>Lawrenceville, GA 30046** | **3/2006 - 3/2016** |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **Imagine Air Jet Services, LLC**                                    Case number *(if known)*  _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Compass Self Storage**<br>**282 E Crogan St**<br>**Lawrenceville, GA 30046** | **Terry Orman**<br>**Chandler Brown** | **See Attachment** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
☐   Yes. Provide details below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Imagine Air Jet Services, LLC**                                         Case number *(if known)*

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Brooke Britt**<br>**3740 Davinci Court**<br>**Suite 420**<br>**Norcross, GA 30092** | **11/2011 - 6/2018** |
| 26a.2.    **Accounting and Tax Solutions, LLC**<br>**1835 Lawrenceville Hwy.**<br>**Lawrenceville, GA 30044** | **2015 - 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    **Imagine Air Jet Services, LLC**                                    Case number *(if known)* _____

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Imagine Air, Inc. | | Sole Member | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Humphrey | | Authorized Officer for Purpose of Chapter 7 | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Curtis Brunjes | | Authorized Officer for Purpose of Chapter 7 | 0 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ben Hamilton | | President | Resigned January 2018 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Ben Hamilton | $67,500.00 (Approximately) | | Salary |
| | Relationship to debtor | | | |

**31.** Within 6 years before the filing of this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No

■ Yes. Identify below.

Debtor    **Imagine Air Jet Services, LLC**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Imagine Air, Inc.** | EIN:        **46-4611582** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Imagine Air Jet Services, LLC**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 20, 2018**

**/s/ Richard Humphrey**                                    **Richard Humphrey**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Authorized Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard Humphrey** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $                   0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | $           4,163,070.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $           4,163,070.00 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $           1,274,950.75 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $              74,545.02 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $           1,662,566.46 |
| **Your total liabilities** | $           3,012,062.23 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $                   N/A |
| 5.   *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $                   N/A |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☐ Yes

7.   **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Imagine Air Jet Services, LLC**                                    Case number *(if known)*

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. .......................................................................    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 18,249.91 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 18,249.91 |

**Fill in this information to identify your case:**

Debtor 1        **Richard Humphrey**
_____
First Name              Middle Name              Last Name

Debtor 2
(Spouse if, filing)   _____
First Name              Middle Name              Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number      _____
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Richard Humphrey**                          X  _____

**Richard Humphrey**                                 Signature of Debtor 2
Signature of Debtor 1

Date   **July 20, 2018**                             Date  _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re    **Imagine Air Jet Services, LLC**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept as a Chapter 7 retainer | $ | **14,689.00** |
| Prior to the filing of this statement I have received for prior services and expenses | $ | **5,311.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    **Richard Humphrey and Dennis Hoffman**

3.   The source of compensation to be paid to me is:

☐ Debtor    ☐ Other (specify):    **N/A**

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: N/A

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**7/20/2018**

*Date*

**/s/ J. Robert Williamson**
**J. Robert Williamson 765214**
*Signature of Attorney*
**Scroggins & Williamson, P.C.**
**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
**404-893-3880  Fax: 404-893-3886**
**centralstation@swlawfirm.com**
*Name of law firm*

---

## United States Bankruptcy Court
### Northern District of Georgia

In re   **Imagine Air Jet Services, LLC**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 20, 2018**

                         **/s/ Richard Humphrey**

**Richard Humphrey**/Authorized Officer
Signer/Title

418SR, LLC
59 Rickert Dr
Yardley, PA 19067


Adam Nance
919 Price Mill Rd.
Summerfield, NC 27358


Adam Nance
919 Price Mill Rd
Summerfield, NC 27358


ADP, Inc.
PO Box 842854
Boston, MA 02284-2854


Aerographs Media
4778 Darlene Way
Tucker, GA 30084


AFLAC
1932 Wynnton Road
Columbus, GA 31999


Aircraft General Supply
1840 St. Johns Bluff Rd. South
Jacksonville, FL 32246


Aircraft Specialists Jet Ctr.
500 Briscoe Blvd
Lawrenceville, GA 30046


Airport Teterboro
Port Authority of New York & New Jersey
PO Box 95000
Philadelphia, PA 19195-1523

Ajax Investments, LLC
6 Harvest Moon Lane
Santa Rosa Beach, FL 32459


Akshay Pendharkar
711 Cosmopolitan Dr
Unit 121
Atlanta, GA 30324


Alere eScreen
PO Box 654092
Dalls, TX 75265-4092


Alex Teodorescu
5001 Sharp Way
Duluth, GA 30096


Alexander Damon
5056 Columbus Ct NE
Auburn, GA 30011


Allan Koglmeier
3 Casco Terrace
Falmouth, ME 04105


Alliance Architecture
204 Rigsbee Avenue
Durham, NC 27701


Amanda Mondella
1884 Raintree Ct.
Snellville, GA 30078


Amanda Mondella
1884 Raintree Ct
Snellville, GA 30078

Analysts, Inc
PO Box 2955
Torrance, CA 90509-2955


Ashanie Heslop
255 Waterfall St SW
Atlanta, GA 30331


Ashley Mentzer
2 Chickapee Ct
Newnan, GA 30263


Assure Alliance Inc.
PO Box 1713
Spartanburg, SC 29304


Avenger Aerospace Solutions
103 N. Main Street
Suite 106
Greenville, SC 29601


AYF LLC
720 St. Sebastian Way
Ste 120
Augusta, GA 30901


Baker Sales Inc
250 Interstate Blvd
Greenville, SC 29615


Belinda Kielland
97 Glover Street
Sag Harbor, NY 11963


Ben Hamilton
1257 Druid Knoll Drive NE
Atlanta, GA 30319

Biscuitville Inc.
1414 Yanceyville Street
Suite 300
Greensboro, NC 27405


Blake Bookstaff
5201 Kingston Pike
Suite 6325
Knoxville, TN 37919


Blake N. Middleton
12171 Beach Boulevard
Apt 1111
Jacksonville, FL 32246


Bob Burgner
12 White Cliffs Crest
Santa Rosa Beach, FL 32459


Brandon Shivley
1325 Bouldin Rd.
Ridgeway, VA 24148


Brian Liu
2313 Bluff Creek Overlook
Douglasville, GA 30135


Brian McGann
1105 Bascomb Farm Drive
Alpharetta, GA 30009


Brian P. Rotante
115 Falling Water Rd
Spring Lake, NC 28390


Bruce Barnhart
3482 Brookneal Hwy
Gladys, VA 24554

Burton J. Wadas
10 MacCann Rd
Hudson, NH 03051


C. Austin Buck
P.O. Box 533
Bernardsville, NJ 07924


Candlewood Inc.
4000 HIGH MOUNTAIN RD. NE
Huntsville, AL 35811


Cannon Roofing
P O Box 3030
Spartanburg, SC 29304


Carol Strickland & Charles Weber
PO Box 3539
Ponte Vedra, FL 32004


Cary Green
5228 River Park Villas Drive
Saint Augustine, FL 32092


Chad Sorrell
3070 Rocky Springs Rd
PINEY FLATS, TN 37686


Chandler Brown
1245 Overland Xing
Alpharetta, GA 30004


Charlene Cherner
5675 Kennemore Dr
Alpharetta, GA 30004

Christopher Richardson
2791 Bentley Place
Marietta, GA 30067


Cirrus Design Corp
4515 Taylor Circle
Duluth, MN 55811


CirrusN418SR, Inc.
c/o Ronald H White
59 Rickert Dr.
Yardley, PA 19067


Clark Howard
1631 West Paces Ferry Rd
Atlanta, GA 30327


Coca Cola GSO Online Payment
PO Box 743273
Atlanta, GA 30374-3273


Coca-Cola United
PO Box 105637
Atlanta, GA 30348


Comcast
PO Box 530098
Atlanta, GA 30353-0098


Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693


Conti Group
2045 Lincoln Highway
Edison, NJ 08817

Corporate Aircraft Maintenance
855-5 St. Johns Bluff Road N
Jacksonville, FL 32225


CorrectHealth
3384 Peachtree Road,NE
Suite 700
Atlanta, GA 30326


Corry Lane
2156 Stancil Point Dr
Dacula, GA 30019


Cory Laitsch
1914 Ham Drive
Atlanta, GA 30341


Crystal Springs Water Co.
PO Box 660579
Dallas, TX 75266-0579


Dave Campbell
1445 Twin Bridge Lane
Lawrenceville, GA 30043


David Kalinske
20419 Cheryl Lane
Santa Clarita, CA 91350


David Kossove
1145 Crestbrook Drive
Charlotte, NC 28211


David Lazarus
106 E 85th Street
New York City, NY 10028

David Mullins
909 Evian Lane
Matthews, NC 28105


David Rounds
12352 Gately Ridge Ct
Jacksonville, FL 32225


David W. Mullins
909 Evian Lane
Matthews, NC 28105


delaPlex
The Park Central Building
2970 Clairmont Road, Suite 130
Atlanta, GA 30329


Delaware Corp Organizers
PO Box 1347
Wilmington, DE 19899-1347


Delta Dental Insurance Co
Attn: Accounts Receivable
PO Box 7564
San Francisco, CA 94120-7564


Dennis Hoffman
800 Carroll Pkwy
Frederick, MD 21701


DKO Investments
1074 SE Christie Place
Grants Pass, OR 97526


DKO Investments
1309 SE Blue Bird Dr
Grants Pass, OR 97526

DKO Investments
1309 SE Blue Bird Drive
Grants Pass, OR 97526


DLK Aviation, Inc
2601 Cessna Lane
Kennesaw, GA 30144


Dollar Concrete
2736 Eudora Trail
Duluth, GA 30097


Don Vellek
637 Allen Ct.,NW
Atlanta, GA 30327


Donald M. Wright
778 Quail Hollow Ct
Elizabethton, TN 37643


Doug Terreson
18042 Woodland Drive
Fairhope, AL 36564


Douglas Duncan Aviation
2435 E. Norht St.
#253
Greenville, SC 29615


Douglas Philpot
4858 McEver View Dr
Sugar Hill, GA 30518


Dr. James Robertson
11 Wakefield Dr
Apt 2213
Asheville, NC 28803

Dr. Ondrej Choutka
211 Private Road 252
Chesapeake, OH 45619


Dr. Rodney Young
1587 Headquarters Plantation Dr
Johns Island, SC 29455


Eastside Partners
207 Eastside Square
Huntsville, AL 35801


Eduardo Acosta
60 Tadmuck Rd.
Westford, MA 01886


Edward Mitchell
299 Glencastle Dr
Atlanta, GA 30327


Edward Yoon
21 Marlborough Street
#2
Boston, MA 02116


Elizabeth Hopkins
2248 Cumming Rd
Augusta, GA 30904


ESI-ATL
6230 Regency Parkway Northwest
Norcross, GA 30071


Essex Cty Improvement Auth.
Essex County Airport
27 Wright Way
Fairfield, NJ 07004

Executive HeliJet
3301 Mustang Street
Hangar 352
Myrtle Beach, SC 29577


Fleet Street 1234 LLC
OCS Builders Group NY, LLC
420 Westbury Avenue
Carle Place, NY 11514


Fleet Street 1234 LLC
420 Westbury Ave
Carle Place, NY 11514


Florida Department of Revenue
Mark Hamilton, General Counsel
PO Box 6668
Tallahassee, FL 32314-6668


FM Stainless
110 Huntington Road
Atlanta, GA 30309


ForeFlight, LLC
2323 S Shepherd Dr
Houston, TX 77019


FRANCHISE TAX BOARD
PO Box 942857
Sacramento, CA 94257-0531


Frank Kenan
113 Ashley Avenue
Charleston, SC 29401


Garrett Hogan
2152 Willivee Pl
Decatur, GA 30033

```
Generation Companies
P.O.Drawer 14848
Research Triangle Park
Raleigh, NC 27709


Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Atlanta, GA 30303


Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345


Gerri Courtright
902 Callee Dr
Loganville, GA 30052


Gillian Everett
2550 Lansing Lane
Cumming, GA 30041


Gillian Everett
2550 Lansing Ln
Cumming, GA 30041


Glassdoor
100 Shoreline Highway
Mill Valley, CA 94941


GMC Inc.
P O Box 242128
Montgomery, AL 36124


GMD Properties, LLC
dba Aircraft Specialists Jet
500 Briscoe Blvd
Lawrenceville, GA 30046
```

Gordon Josey
9235 Huntersville Road
Marlinton, WV 24954


Greg Sanchez
1701 Chester Rd
Raleigh, Nc 27608


Gretchen Scott LLC
216 Washington St
Mount Vernon, NY 10553


Gwinnett Aero Maintenance, LLC
850 Airport Road
Box 7
Lawrenceville, GA 30046


Gwinnett Cty Tax Commissioner
PO Box 372
Lawrenceville, GA 30046


Harold Dennis
4198 Autumn Hill Dr
Stone Mountain, GA 30083


Hart Langer
7820 St Marlo Pkwy
Duluth, GA 30097


Hawk Air, LLC
6 Harvest Moon Lane
Santa Rosa Beach, FL 32459


Henk Evers
115 St Lenords Ct
Alpharetta, GA 30022

Holland Ware
1415 Promontony Rd
Boise, ID 83702


Hugh and Wendy Durden
414 Ponte Vedra Blvd
Ponte Vedra, FL 32082


Imagine Air Holdings
764 Eagleton Dr.
Martinez, GA 30907


Imagine Air, Inc.
3740 Davinci Court
Suite 420
Norcross, GA 30092


Infinite Response Inc
111 W Cooperative Way
Suite 250
Georgetown, TX 78626


Infinity Flight Group LLC
10 West Piper Ave.
Trenton, NJ 08628


Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308


J. Fleming Norvell
2560 Walton Way
Augusta, GA 30904

Jacob Sangster
66 St Claire Ln NE
Atlanta, GA 30324


Jahmar Jackson
5033 Paces Station Dr
Atlanta, GA 30339


James McMurran
1612 Telfair Chase Way
Lawrenceville, GA 30043


James Merriman
4720 Brandon Acres Ln
Buford, GA 30519


Jared Gutowski
117 Zion Wertsville Rd
Montgomery, NJ 08558


Jason Alexcovich
4191 Beaver Rd
Loganville, GA 30052


Jason Beaver
29 Glenmore Dr
Kingston, GA 30145


Jason Strauss
569 Brookwood Village
Birmingham, AL 35209


JaxJets, Inc.
855-5 St Johns Bluff Rd, N.
Executive Hangar 1
Jacksonville, FL 32225

Jeff Vazzo
5000 Glencliff Dr
Sugar Hill, GA 30518


JEMA
3501 Clay Street
San Francisco, Ca 94118


Jeppesen
PO Box 840864
Dallas, TX 75284-0864


Jess Burns
436 Suwanee East Dr.
Lawrenceville, GA 30043


Jessica Burns
2916 Clairmont Rd
Apt 3303
Atlanta, GA 30329


Jet East Corporate Aviation
18 West Piper Ave
Trenton, NJ 08628


Joe McNeel
P.O. Box 290
Montrose, AL 36559


Joe Wilen
P.O. Box 20418
Atlanta, GA 30305


John Hendy
9 Holly Mews
Berkeley Heights, NJ 07922

John Heyman
3925 Brookside Parkway
Alpharetta, GA 30022


John Hutchinson
6603 Sweetwater Point
Flowery Branch, GA 30542


John Mark Bowie
115 Nobility Ct
Roswell, GA 30075


John McCormack
330 Madison Ave
27th Floor
New York City, NY 10017


John McElroy
2551 Olney Falls Dr
Braselton, GA 30517


John Pignatelli
3719 Clearbrook Way
Duluth, GA 30097


John Rood
3030 Hartley Road
Suite 310
Jacksonville, FL 32257


John Snodgrass
3074 Slaton Dr
Atlanta, GA 30305


John Stauter
5105 Green Summers Dr
Cumming, GA 30028

John Teller
1198 SW 104th Street Rd
Ocala, FL 34476


John Terry
1919 Sunchase Ct
Jacksonville, FL 32246


Joseph Waters
5087 Parkview Rd
Social Circle, GA 30025


Justin Cumby
165 West Broad St
Cookeville, TN 38501


Katherine Downs
738 Cobb St
Athens, GA 30606


Kaylee A. Dalton
3 Hickory Knoll Trail NW
Kennesaw, GA 30152


Kaylee Dalton
3 Hickory Knoll Trail NW
Kennesaw, GA 30152


Kenneth Hampshire
22 Water St, #812
Cambridge, MA 02141


Kirk Morgan
168 Belle Chase Dr
Lexington, SC 29072

```
Kristen Owen
413 W 5th Ave
Gastonia, NC 28052


Kyle Parker
654B Woodford Ln
Yardley, PA 19067


Kyung Sub Shin
4898 Cambridge Rd
Atlanta, GA 30338


Laberee Law PC
1371 Stokes Road
Unit B
Medford, NJ 08055


Laird Lile
3033 Riviera Dr
#104
Naples, FL 34103


Laura Dixon
612 Whaley Street
Apt 336
Columbia, SC 29201


Layer 3 Communications
1670 Oakbrook Dr
Norcross, GA 30093


Leah M. Schwartz
3719 Clearbrook Way
Duluth, GA 30097


Lisbeth Ash
103 Juniper Court
Dothan, AL 36305
```

Lloyd Clark
5036 Wittering Drive
Columbia, SC 29206


Louis Laurie
877 Patriot Drive
Yardley, PA 19067


Lynda Jo Norred
160 Pace Rd
Hiram, GA 30141


Mark Boundy
12375 Gatelyridge Ct
Jacksonville, FL 32225


Mark Williford
3420 Landor Rd.
Raleigh, NC 27609


Marsha Conner
1309 Park Hill Dr
Gainesville, GA 30501


Matthew Alexander
1027 S Main Street
Unit 103
Greenville, SC 29601


Matthew Simpson
525 Twin Lakes Ct
Fairburn, GA 30213


MAU
501 Greene Street
Augusta, GA 30901

MCE Aviation
3740 Davinci Ct
Norcross, GA 30092


MCE Aviation LLC
12059 South Majestic Pine Way
Parker, CO 80134


MCE Aviation, Inc.
12059 S Majestic Pine Way
Parker, CO 80134


Melisa Foures
5667 Stigall Rd
Kernersville, NC 27284


Melissa Dickens
905 Hurleston Lane
Alpharetta, GA 30022


Michael Green
31 Boulder Cv
Fairview, NC 28730


Michael J. Bogenrief
33 Paradise Point Lane
Santa Rosa Beach, FL 32459


Michael K. Mendez
2600 Milscott Dr
Decatur, GA 30033


Michael Nathan
2367 Club Lake Drive
Orange Park, FL 32065

Moore Clarke Duvall & Rodgers
2829 Old Dawson Road
Albany, GA 31707


Moore Impact
23 Springvale Road
Croton-On-Hudson, NY 10520


Morgan (Randy) Pirkle
600 Galleria Parkway
Suite 1650
Atlanta, GA 30339


Morris Wiener
306 Pleasant Drive
Cherry Hill, NJ 08003


Multi Service Aviation
PO Box 410435
Kansas City, MO 64141-0435


N6A
775 Scarsdale Rd.
Suite 6
Tuckahoe, NY 10707


Nestor Fernando Montes Franco
998 Wildwood Rd
Atlanta, GA 30306


New Jersey Dept of Labor
Div. of Employer Accounts
PO Box 910
Trenton, NJ 08625-0910


New Jersey Div. of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

North Carolina Dept of Labor
1101 Mail Service Center
Raleigh, NC 27699-1101


North Carolina Dept of Revenue
PO Box 25000
Raleigh, NC 27640-0500


North Carolina Dept of Revenue
PO Box 871
Raleigh, NC 27602


Northpoint Chevrolet
c/o AutoNation, Inc.
200 SW 1st Ave, 14th Floor
Fort Lauderdale, FL 33301


Northpoint Chevrolet, LLC
c/o AutoNation
200 SW 1st Avenue, Suite 1400
Fort Lauderdale, FL 33301


NY State DOT
7150 Republic Airport
Room 216
Farmingdale, NY 11735-3930


Occuscreen, LLC
805 Broadway
Suite 215
Vancouver, WA 98660


Olav Ommedal
1909 S Milledge Ave, #7
Athens, GA 30605


Paige Thompson
740 Sidney Marcus Blvd
Atlanta, GA 30324

Patrick Pagano
365 Citadella Ct
Alpharetta, GA 30022


Paul D'Auria
17 Monfort Dr
Hillsborough, NJ 08844


Perimeter Office Products
PO Box 957569
Duluth, GA 30095


Phil Handler
2929 Bakers Farm Rd SE
Atlanta, GA 30339


Pitney Bowes
Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Port Authority of NY&NJ
Stewart Int'l Airport
PO Box 95000-1517
Philadelphia, PA 19195


Pratikkumar Patel
3752 Westchase Dr
Marietta, GA 30066


Prestwick Development
3715 Northside Pkwy, NW.
Bldg 200, Ste 175
Atlanta, GA 30327


PSA Airlines
3400 Terminal Drive
Vandalia, OH 45377

Quality Aircraft Accessories
5746 E Apache St.
Tulsa, OK 74115


Quincy Graham
3312 Druid Hills Reserve Dr NE
Atlanta, GA 30329


Raiford Trask Jr
1202 Eastwood Rd.
Wilmington, NC 28403


Raja Mukherjee
5032 Fox Forest Circle SW
Lilburn, GA 30047


Reagan Gossett
4700 Abbott Ave
Apt 5
Dallas, TX 75205


Rebecca Grant
3071 Lakecrest Dr
Dacula, GA 30019


Reeves Construction Co.
250 Plemmons Road
Duncan, SC 29334


Resurgent Capital
337 Riverside Dr.
Greenville, SC 29605


RHG Air Holdings, LLC
2311 Lake Park Drive
Albany, GA 31707

Richard Buice
1655 Longleaf Trail
Cumming, GA 30041


Richard Humphrey
250 Mercer St, D1203
New York, NY 10012


Right Side Up Advisors LLC
3225 Collier Gate Court
Smyrna, GA 30080


Rob Clarfeld
53 Rosehill Ave
Tarrytown, NY 10591


Robert (Bob) Davis
950 U.S. 98
#6091
Destin, FL 32541


Robert Finnell
P.O. Box 63
Rome, GA 30162-0063


ROBERT HINKLE
PO Box 2159
Purcellville, VA 20134


Robert Hinkle
5415 Azure Way
Sarasota, FL 34242


Robert Kerrigan
400 East Government St
Pensacola, FL 32502

Robert Paul Stuntz
9138 Cinderhill Cv E
Cordova, TN 38016


Robert Reddinger
25 Crestridge Drive
Suite 200
Suwanee, GA 30024


Robert Scaife
2341 Briarwood Hills Dr NE
Atlanta, GA 30319


Robert Skipworth
3379 Aztec Rd
Apt 05A
Doraville, GA 30340


Robin M. Eckhardt
1467 Wesley Dr
Griffin, GA 30224


Rogerio Teixeira
1100 Palisade Ave
Fort Lee, NJ 07024


Roland Monette
3116 Swan Creek Rd
Jonesville, NC 28642


Rosalie Draper
Town Center Residential
#2401
VIRGINIA BEACH, VA 23462


Royall Brown Jr.
290 Charlois Blvd.
Winston Salem, NC 27103

Russell Sweet
7738 Leesburg Dr S
Jacksonville, FL 32277


Ryan Rodd
5191 Tormell Trace
Suwanee, GA 30024


Sales Edge of Virginia
100 West Main Street
Wytheville, VA 24382


Sam Gottlieb
683 Olde Salt Run
Mount Plesant, SC 29464


Samuel Collins
1132 Pecan Grove Pl
Lawrenceville, GA 30046


Schofield Aircraft Lease
42 Air Park Drive
East Falmouth, MA 02536


Schofield Aircraft Leasing
11053 Harbour Yacht Ct.
#201
Fort Meyers, FL 33908


Schofield Aircraft Leasing
11053 Harbour Ct, #201
Fort Myers, FL 33908


Scott Davidson
14411 Laurel Lane
Moorpark, CA 93021

```
Scott Smith
2858 Kingsland Ct SE
Atlanta, GA 30339


Scott Taylor
171 17th St.
Suite 1200
Atlanta, GA 30363


Sensenich Propeller
1245 Palmour Place
Suite A
Gainesville, GA 30501


Shiver Hamilton
3340 Peachtree Road
Suite 950
Atlanta, GA 30342


Signature Engines
4760 Airport Road
Cincinnati, OH 45226


Signature Flight Support - GSO
PO Box 2278
Carol Stream, IL 60132-2278


Signature Flight-Charlottesville
Signature Flight Support
100 Aviation Drive, Ste 100
Charlottesville, VA 22911


Signature TECHNICAir - FDK
330 Aviation Way
Frederick, MD 21701


Simco Horizon LLC
122 Robbins Beach Road
Killen, AL 35645
```

Sky Harbor Aviation
855-5 St Johns Bluff Road
Jacksonville, FL 32225


Skystandards, LLC
15 S Stellar Parkway
Chandler, AZ 85226


Skywater Detailers LLC
191 Double Springs Rd
Monroe, GA 30656


Southland Air Holdings LLC
2311 Lake Park Dr
Albany, GA 31707


Spectrum Business
PO Box 742615
Cincinnati, OH 45274-2615


Stanley Walker
2761 Grey Moss Pass
Duluth, GA 30097


Stephen Barbetti
99 South St
Manasquan, NJ 08736


Stephen Roach
PO Box 366
Young Harris, GA 30582


Stephen Wessel
1545 Holt Rd
Perry, FL 32348

Steven Dominique
408 kelly plantation dr
Destin, FL 32541


Sullivan Group
3808 Old Leeds Rd
Birmingham, AL 35213


SunTrust Bank
PO Box 79282
Baltimore, MD 21279


Surgicor
1618 Championship blvd
Franklin, TN 37064


Susan deCastro
2 Chamberlain Ct
Westborough, MA 01581


Technical Maintenance, Inc
PO Box 2559
Tarpon Springs, FL 34688


Terreck Holdings LLC
480 E Broad St
#116
Athens, GA 30601


Terry Ormand
200 Harrington Ln
Lawrenceville, GA 30046


The Plane Station, Inc.
1008 Airport Road
Thomasville, GA 31757-2249

Thomas McNamara
656 Lake Mills Rd
Oviedo, FL 32766


Thomas Zerbarini
120 Magnolia Walk Ln
Atlanta, GA 30349


Tom Brandvold
8508 Heather Run Drive N
Jacksonville, FL 32256


Tom DiGrazia
202 Alexander Avenue
Redwood City, CA 94061


Tom Donovan
9446 Beauclerc Oaks Dr.
Jacksonville, FL 32257


Universal Flight Services, LLC.
90 Village Green Circle SE
Smyrna, GA 30080


US Premium Finance
280 Technology Parkway
Suite 200
Norcross, GA 30092


Van Diemans Land Finance Pty
Level 14, 1 Collins Street
Melbourne VIC, Austrailia 3000


Vector - East Hampton Airport
PO Box 759320
Baltimore, MD 21275-9320

Vector - Long Island MacArthur
Airport
PO Box 787061
Philadelphia, PA 19178-7061


Vector - Sikorsky Airport
PO Box 8500
Philadelphia, PA 19178-7061


Vector-MASSPORT
PO Box 786231
Philadelphia, PA 19178-6231


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Veyo Partners, LLC
32 West 39th Street
4th Floor
New York, NY 10018


Virginia A Swift
1440 Swift Lane
Midway, AL 36053


Wadsten Group
4605-C Oleander Drive
Myrtle Beach, SC 29577


Wayne Martin
17901 Station Road
Centerville, PA 16404


Weinberg Gonser LLP
Attn: Tye Gonser
10866 Wilshire Blvd, Ste 1650
Los Angeles, CA 90024

Wendy Sheats
1517 Rock Cut Rd
Conley, GA 30288


Wick Townsend
2265 Calvert St
VIRGINIA BEACH, VA 23451


William Arledge
2925 Bankshill Row NE
Brookhaven, GA 30319


William R. Mitchell
1234 Salt Creek Island Dr
Ponte Vedra Beach, FL 32082


World Fuel Services, INC
2458 Paysphere Circle
Chicago, IL 60674-0024

# United States Bankruptcy Court
## Northern District of Georgia

In re **Imagine Air Jet Services, LLC**

Debtor(s)

Case No.

Chapter **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Imagine Air Jet Services, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Imagine Air, Inc.**

☐ None [*Check if applicable*]

**July 20, 2018**

Date

**/s/ J. Robert Williamson**

**J. Robert Williamson 765214**

Signature of Attorney or Litigant

Counsel for **Imagine Air Jet Services, LLC**

**Scroggins & Williamson, P.C.**

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
**404-893-3880 Fax:404-893-3886**
**centralstation@swlawfirm.com**