# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-1

**Case No.:** 18-62042-LRC  
**Case Name:** IMAGINE AIR JET SERVICES, LLC  
**For Period Ending:** 09/30/2020

**Trustee Name:** (300001) Robert Trauner  
**Date Filed (f) or Converted (c):** 07/20/2018 (f)  
**§ 341(a) Meeting Date:** 08/27/2018  
**Claims Bar Date:** 12/26/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Account at SunTrust Bank, xxxxxx1128 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Business Checking Account at Silicon Valley Bank, xxxxxx5725 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Other inventory or supplies: Aircraft Parts, Net Book Value: Unknown, Valuation Method: Vendor Estimate | 30,000.00 | 0.00 | | 25,240.00 | FA |
| 4 | communication systems equipment and software Aircraft Simulator. Valuation Method: Debtor Estimate | 7,000.00 | 0.00 | | 0.00 | FA |
| 5 | Card Printer. Valuation Method: Debtor Estimate | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Headsets. Valuation Method: Debtor Estimate | 1,800.00 | 0.00 | | 0.00 | FA |
| 7 | Maintenance Equipment. Valuation Method: Debtor Estimate | 4,800.00 | 0.00 | | 0.00 | FA |
| 8 | Telephone System. Valuation Method: Debtor Estimate | 600.00 | 0.00 | | 0.00 | FA |
| 9 | Computer Equipment. Valuation Method: Debtor Estimate | 5,700.00 | 0.00 | | 0.00 | FA |
| 10 | Cirrus SR 22 Aircraft; Reg. No. N736SR. Valuation Method: Book - Loan Bal. | 69,310.00 | 0.00 | OA | 0.00 | FA |
| 11 | Cirrus SR 22 Aircraft; Reg. No. N1776M. Valuation Method: Book - Loan Bal. | 38,577.00 | 0.00 | | 231,000.00 | FA |
| 12 | Cirrus SR 22 Aircraft; Reg. No. N106TQ. Valuation Method: Book - Loan Bal. | 4,883.00 | 0.00 | | 216,500.00 | FA |
| 13 | Cirrus SR 22 Aircraft; Reg. No. N101 TQ. | Unknown | 0.00 | | 117,500.00 | FA |
| 14 | Office Sublease - 3740 Davinci Court, Norcross, GA 30092 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Imagine Air Trademark Serial No. 86859980. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Imagineair.com. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Customer List. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | "Dreams" Web Software Platform, FAA Air Carrier Certificate (Suspended). Valuation Method: Debtor Estimate | 500,000.00 | 0.00 | | 0.00 | FA |
| 19 | Kavoo; Lynch. Valuation Method: Debtor Estimate | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Unused Net Operating Losses, Tax Year 2014-2018 | 3,500,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 18-62042-LRC
**Case Name:** IMAGINE AIR JET SERVICES, LLC

**Trustee Name:** (300001) Robert Trauner
**Date Filed (f) or Converted (c):** 07/20/2018 (f)
**§ 341(a) Meeting Date:** 08/27/2018

**For Period Ending:** 09/30/2020

**Claims Bar Date:** 12/26/2018

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Federal Insurance Co. D&O Policy No. 8240-5942 | Unknown | 0.00 | | 0.00 | FA |
| 22 | Miscellaneous Office Supplies and Items - See Attachment A/B-77 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Insurance claim on damaged propeller (u) See Doc #94 | 0.00 | 10,930.50 | | 10,930.50 | FA |
| **23** | **Assets Totals (Excluding unknown values)** | **$4,163,070.00** | **$10,930.50** | | **$601,170.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has liquidated all property of the estate and must resolve potential secured claims against the proceeds. Trustee hopes to submit final report prior to the end of the year or early next year.

**Initial Projected Date Of Final Report (TFR):** 03/31/2020      **Current Projected Date Of Final Report (TFR):** 12/31/2021

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-62042-LRC | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|
| Case Name: | IMAGINE AIR JET SERVICES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9285 | Account #: | ******7400 Checking |
| For Period Ending: | 09/30/2020 | Blanket Bond (per case limit): | $35,660,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/15/19 | | Bullseye Auction & Appraisal | Net proceeds from auction of assets | | 315,789.62 | | 315,789.62 |
| | | | Auctioneer commission from sale per order entered 1/22/19 [47]  -$35,630.18 | 3610-000 | | | |
| | | | Auctioneer expenses from sale per order entered 1/22/19 [47]  -$4,882.00 | 3620-000 | | | |
| | | | Auctioneer repair expenses from sale per order entered 1/22/19 [47]  -$17,438.20 | 3620-000 | | | |
| | {11} | Bullseye Auction & Appraisal | Sale per order entered 1/22/19 [47]  $231,000.00 | 1129-000 | | | |
| | {13} | Bullseye Auction & Appraisal | Sale per order entered 1/22/19 [47]  $117,500.00 | 1129-000 | | | |
| | {3} | Bullseye Auction & Appraisal | Sale per order entered 1/22/19 [47]  $25,240.00 | 1129-000 | | | |
| 06/05/19 | | Bullseye Auction | Net proceeds from auction of airplane per order of 1/22/19 [47] | | 194,216.29 | | 510,005.91 |
| | {12} | | Aircraft Reg. N106TQ  $216,500.00 | 1129-000 | | | |
| | | | Auctioneer commission per order entered 10/2/18 [21]  -$21,650.00 | 3610-000 | | | |
| | | | Auctioneer expenses per order entered 10/2/18 [21]  -$633.71 | 3620-000 | | | |
| 10/02/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******3558 | Transition Debit to Metropolitan Commercial Bank acct 3910093558 | 9999-000 | | 510,005.91 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| **COLUMN TOTALS** | 510,005.91 | 510,005.91 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 510,005.91 | |
| **Subtotal** | 510,005.91 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$510,005.91** | **$0.00** | |

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 18-62042-LRC | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|
| Case Name: | IMAGINE AIR JET SERVICES, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9285 | Account #: | ******3558 Checking Account |
| For Period Ending: | 09/30/2020 | Blanket Bond (per case limit): | $35,660,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/02/19 | | Transfer Credit from Mechanics Bank acct ******7400 | Transition Credit from Mechanics Bank acct 5025387400 | 9999-000 | 510,005.91 | | 510,005.91 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 407.58 | 509,598.33 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 814.52 | 508,783.81 |
| 05/29/20 | 1000 | GMD Properties, LLC dba Aircraft Specialists Jet | Full and final payment of GMD administrative claim against Imagine Air per order [84] 5/15/20 Voided on 05/29/2020 | 7100-004 | | 7,880.00 | 500,903.81 |
| 05/29/20 | 1000 | GMD Properties, LLC dba Aircraft Specialists Jet | Full and final payment of GMD administrative claim against Imagine Air per order [84] 5/15/20 Voided: check issued on 05/29/2020 | 7100-004 | | -7,880.00 | 508,783.81 |
| 05/29/20 | 1001 | LAMBERTH CIFELLI ELLIS & NASON, PA | Full and final payment of GMD administrative claim against Imagine Air per order [84] 5/15/20 | 7100-000 | | 7,880.00 | 500,903.81 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 786.11 | 500,117.70 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 856.85 | 499,260.85 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 824.59 | 498,436.26 |
| 08/10/20 | 1002 | GWINNETT COUNTY TAX COMMISSIONER | Payment in full of Claim #70 per Order entered 8/6/2020 [94] | 4110-000 | | 17,840.37 | 480,595.89 |
| 08/10/20 | 1003 | RHG Air Holdings, LLC | Full and final payment of claim #64 per order entered 8/6/2020 [94] | 4110-000 | | 35,000.00 | 445,595.89 |
| 08/22/20 | {23} | Specialty Insurance Co | Insurance on damaged propeller | 1229-000 | 10,930.50 | | 456,526.39 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 749.56 | 455,776.83 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 777.13 | 454,999.70 |
| | | **COLUMN TOTALS** | | | 520,936.41 | 65,936.71 | $454,999.70 |
| | | Less: Bank Transfers/CDs | | | 510,005.91 | 0.00 | |
| | | **Subtotal** | | | 10,930.50 | 65,936.71 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $10,930.50 | $65,936.71 | |

{ } Asset Reference(s)                                                                            ! - transaction has not been cleared

**Form 2**

Page: 2-3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-62042-LRC | **Trustee Name:** | Robert Trauner (300001) |
| **Case Name:** | IMAGINE AIR JET SERVICES, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9285 | **Account #:** | ******3558 Checking Account |
| **For Period Ending:** | 09/30/2020 | **Blanket Bond (per case limit):** | $35,660,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $520,936.41 |
| Plus Gross Adjustments: | $80,234.09 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $601,170.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7400 Checking | $510,005.91 | $0.00 | $0.00 |
| ******3558 Checking Account | $10,930.50 | $65,936.71 | $454,999.70 |
| | $520,936.41 | $65,936.71 | $454,999.70 |